UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-4026-SK                          Date: July 27, 2026
Title      Alireza Karimi v. Markwayne Mullin, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**    (IN CHAMBERS) **ORDER GRANTING UNOPPOSED PETITION**

Respondents are presenting no opposition to the petition for writ of habeas corpus under 28 U.S.C. § 2241.  (ECF 7).  The petition is thus construed as unopposed and, so construed, is GRANTED.

Petitioner **ALIREZA KARIMI (A# 249-392-324)** is therefore ORDERED RELEASED IMMEDIATELY from ICE custody on the same order of supervision granted on April 17, 2026.  Judgment in petitioner's favor will be entered accordingly.