**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIREZA KARIMI,<br>Petitioner,<br>vs.<br>MARKWAYNE MULLIN, et al.<br>Respondents. | CASE NO. 5:26-cv-4026-SK<br>**JUDGMENT** |

Pursuant to this Court's Order Granting Petition**, IT IS ADJUDGED** that Petitioner **ALIREZA KARIMI** (**A# 249-392-324**) is to be released immediately from ICE custody on the same order of supervision granted on April 17, 2026.

The Clerk of Court is instructed to close this case.

DATED: July 27, 2026

STEVE KIM
United States Magistrate Judge